# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EUSSE, JR.,<br><br>                Plaintiff,<br>vs.<br><br>MARCO VITELA, et al.,<br><br>                Defendants. | CASE NO. 13cv916 BEN (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Docket Nos. 18, 21, 23] |

On February 28, 2014, Defendants E. Duarte, M. Carpio, R. Nelson, G. Janda, M. Whitman, and M. Vitela filed a motion to dismiss portions of Plaintiff James Eusse, Jr.'s First Amended Complaint. (Docket No. 18.) On April 28, 2014, Plaintiff filed a motion for leave to file a second amended complaint. (Docket No. 21.) On June 10, 2014, Magistrate Judge Nita L. Stormes issued a Report and Recommendation recommending the Court grant Plaintiff James Eusse, Jr.'s motion for leave to file a second amended complaint and deny Defendants' motion to dismiss as moot. (Docket No. 23.) Any objections to the Report and Recommendation were due June 24, 2014. (*Id.*) Neither party has filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

//

//

...

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "The district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Stormes' Report and Recommendation. Plaintiff's motion for leave to file a second amended complaint is **GRANTED**, and Defendants' motion to dismiss is **DENIED** as moot.

Plaintiff shall file his second amended complaint on or before **July 25, 2014**.

**IT IS SO ORDERED.**

DATED: June 25, 2014

HON. ROGER T. BENITEZ
United States District Judge